UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| KENVIN DEMPSEY WALLACE, | ) | CV 13-7352-DMG (SH) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed without prejudice.

DATED: February 19, 2014

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE